IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:03-CR-81-4-TWT |
| ENCINES FELIPE SURLES, a/k/a Pe, | |
| Defendant. | |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 273] of the Magistrate Judge recommending granting the Government's Motion to Dismiss [Doc. 271] and denying the Defendant's Motion to Vacate Sentence [Doc. 260]. For the reasons set forth in the Report and Recommendation, the Defendant was not sentenced under the residual clause of the Career Offender guideline. In any event, the Supreme Court has held that the rule in *Johnson v. United States*, 135 S. Ct. 2551 (2015) does not apply to the Sentencing Guidelines. *See Beckles v. United States*, 137 S. Ct. 886, 197 L. Ed. 2d 145 (2017). The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Government's Motion to Dismiss [Doc. 271] is GRANTED. The Defendant's Motion to Vacate Sentence [Doc. 260] is DISMISSED. No Certificate of

Appealability will be issued.

SO ORDERED, this 9 day of August, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge